UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| **Jesús Mancillas**<br><br>　　　Plaintiff,<br><br>v.<br><br>**Executive Landscape, Inc. et al.**<br><br>　　　Defendants | Jury Trial Demanded<br><br>Case No.: **2:19-cv-429** |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Plaintiff hereby accepts Defendants' Rule 68 Offer of Judgment, attached hereto.

Respectfully submitted,

/s/ Nicholas Cooper Marritz　　　　　　　　　　　　　　　　Date: October 3, 2019
Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 778-3450
F: (703) 778-3454
E: nicholas@justice4all.org
*Counsel for Jesús Mancillas*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I sent a true copy of the foregoing notice to Defendants' counsel via U.S. mail and email at the following address:

> James R. Theuer
> James R. Theuer, PLLC
> 555 E. Main St.
> Suite 1212
> Norfolk, VA  23510
> jim@theuerlaw.com

/s/ Nicholas Cooper Marritz                                  Date: October 3, 2019
Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 778-3450
F: (703) 778-3454
E: nicholas@justice4all.org
*Counsel for Jesús Mancillas*

# JAMES R. THEUER, PLLC

555 EAST MAIN ST.
SUITE 1212
NORFOLK, VA 23510
WWW.THEUERLAW.COM
TEL: 757.446.8047 / FAX: 757.446.8048

JAMES R. THEUER, ESQ.
JIM@THEUERLAW.COM
ADMITTED IN VIRGINIA AND NORTH CAROLINA

*Via email and U.S. Mail*

October 3, 2019

Nicholas Marritz, Esq.
Legal Aid Justice Center
6066 Leesburg Pike, Ste 520
Falls Church, VA 22041

    *Re:*    *Mancillas v. Executive Landscape, Inc., et al.; EDVA no. 2:19cv429*

Dear Mr. Marritz:

    Enclosed please find Defendants' Rule 68 Offer of Judgment.

                                           Very truly yours,

                                           James R. Theuer

Enclosure

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JESUS MANCILLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 2:19cv429 |
| ) | |
| EXECUTIVE LANDSCAPE, INC., ) | |
| JOSHUA MORIN, ) | |
| and ) | |
| JOHN GIBSON, ) | |
| ) | |
| Defendants. ) | |

## OFFER OF JUDGMENT

NOW COME Defendants Executive Landscape, Inc., Joshua Morin, and John Gibson, by counsel, and serve upon the Plaintiff Jesus Mancillas, a/k/a Jesus Mancillas Rios, their Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Defendants offer to allow Plaintiff to take judgment against them in this matter, together with costs now accrued, in the total amount of Twenty-Nine Thousand, Eight Hundred and Thirty Dollars ($29,830), which amount is inclusive of all attorneys' fees, costs, expert fees, prejudgment interest, unpaid wages, liquidated damages, and any other claim or expense to date. This offer is made in proposed resolution of all counts of the above-styled Complaint against Defendants, and is offered without prejudice to the Defendants. Any judgment taken pursuant to this offer shall have no effect except to settle the Plaintiff's claim set forth in the Complaint, as provided by law. The offer will expire after ten (10) days if not accepted by Plaintiff consistent with Rule 68.

This the 3d day of October, 2019.

EXECUTIVE LANDSCAPE, INC.,
JOSHUA MORIN, and JOHN GIBSON

/s/<br>Counsel

James R. Theuer (VSB #68712)
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com
Counsel for Executive Landscape, Inc., Joshua Morin, and John Gibson

## CERTIFICATE OF SERVICE

I hereby certify that on the 3d day of October, 2019, a true copy of the foregoing was sent by electronic and first class mail, postage prepaid, to the following:

> Nicholas Marritz
> Legal Aid Justice Center
> 6066 Leesburg Pike, Ste 520
> Falls Church, VA 22041
> nicholas@justice4all.org
> Counsel for Plaintiff

/s/
James R. Theuer (VSB #68712)
Counsel for Defendants
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com
