# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| JESUS MANCILLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 2:19cv429 |
| ) | |
| EXECUTIVE LANDSCAPE, INC., ) | |
| JOSHUA MORIN, ) | |
| and ) | |
| JOHN GIBSON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

Defendants Executive Landscape, Inc., Joshua Morin, and John Gibson give notice that James R. Theuer, Esq., and James R. Theuer, PLLC, appear in this action as counsel on their behalf.

This the 7th day of October, 2019.

                                            **EXECUTIVE LANDSCAPE, INC.,**
                                            **JOSHUA MORIN, and**
                                            **JOHN GIBSON**

                                                      /s/
                                                     Counsel

James R. Theuer (VSB #68712)
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA  23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Nicholas Marritz
>Legal Aid Justice Center
>6066 Leesburg Pike, Ste 520
>Falls Church, VA 22041
>nicholas@justice4all.org
>*Counsel for Plaintiff*

_____/s/_____
James R. Theuer (VSB #68712)
Counsel for Defendants
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com
