UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JESUS MANCILLAS.,**

    **Plaintiff,**

       v.                    **CASE NO.: 2:19cv429**

**EXECUTIVE LANDSCAPE, INC.,**
**JOSHUA MORIN**
    **AND**
**JOHN GIBSON,**

    **Defendants,**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Plaintiff against the defendants, together with costs now accrued, in the total amount of Twenty-Nine Thousand, Eight Hundred and Thirty Dollars ($29,830), which amount is inclusive of all attorneys' fees, costs, expert fees, prejudgment interest, unpaid wages, liquidated damages and any other claim or expense to date.

DATED 12/2/2019
*Nunc pro tunc* 11/19/2019                                    FERNANDO GALINDO, Clerk

                                                                                By: ___/s/_____
                                                                                     A. Farlow, Deputy Clerk