UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **JESUS MANCILLAS,** | ) |
| Plaintiff, | ) |
| v. | ) Case no. 2:19cv429 |
| **EXECUTIVE LANDSCAPE, INC.,** | ) |
| **JOSHUA MORIN,** | ) |
| and | ) |
| **JOHN GIBSON,** | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, *a judgment* was entered in the above action on the 2d day of December, 2019, in favor of Plaintiff and against Defendants in the amount of $29,830.00 plus interest from the 19th day of November, 2019, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

This the 3 day of January, 2020.

LEGAL AID JUSTICE CENTER

By: /s/ Nicholas Marritz
Nicholas Marritz
Attorneys for Jose Mancillas
6066 Leesburg Pike, Ste 520
Falls Church, VA 22041

STATE OF __Virginia__        )
                             )  ss.:
COUNTY OF __Fairfax__        )


On the __3rd__ day of __January__, __2020__ before me personally came Nicholas Marritz to me known and known to be a member of the Legal Aid Justice Center, attorneys for Jose Mancillas in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

[Notary Seal: NADY LETICIA PERALTA, NOTARY PUBLIC, REG # 7711316, MY COMMISSION EXPIRES 6/30/2021, COMMONWEALTH OF VIRGINIA]

_____
Notary Public

My commission expires: __06/30/2021__

### CERTIFICATE OF SERVICE

     I hereby certify that on the 27th day of January, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

          Nicholas Marritz
          Legal Aid Justice Center
          6066 Leesburg Pike, Ste 520
          Falls Church, VA 22041
          nicholas@justice4all.org
          *Counsel for Plaintiff*

                     /s/
          James R. Theuer (VSB #68712)
          Counsel for Defendants
          JAMES R. THEUER, PLLC
          555 E. Main St., Suite 1212
          Norfolk, VA 23510
          Tel: (757) 446-8047
          Fax: (757) 446-8048
          jim@theuerlaw.com